O

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| EDGAR G. B.,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>MICHELLE KING,[1] Acting<br><br>Commissioner of Social Security,<br><br>　　　　Defendant. | Case No. 5:24-cv-01539-DDP-KES<br><br>ORDER ACCEPTING REPORT AND RECOMMENDATION OF U.S. MAGISTRATE JUDGE |

　　Pursuant to 28 U.S.C. § 636, the Court has reviewed the pleadings, briefs, and other records on file herein (Dkt. 1, 8, 9, 10, 12), and the Report and Recommendation ("R&R") of the United States Magistrate Judge (Dkt. 13). Further, the Court has engaged in a de novo review of those portions of the R&R to which objections (Dkt. 15) have been made. The Court accepts the report, findings, and recommendations of the Magistrate Judge.

//

//

---

[1] Michelle King became Acting Commissioner of Social Security on January 20, 2025. Under Federal Rule of Civil Procedure 25(d), she is automatically substituted as Defendant in this suit. The Clerk is directed to update the electronic docket accordingly.

1 | IT IS THEREFORE ORDERED that: the R&R is accepted and approved, and Judgment shall be entered affirming the decision of the Commissioner.

DATED: May 20, 2025

_____/s/ Dean D. Pregerson_____
DEAN D. PREGERSON
UNITED STATES DISTRICT JUDGE