JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| EDGAR G. B., <br><br>    Plaintiff, <br><br>    v. <br><br>MICHELLE KING,[1] Acting Commissioner of Social Security, <br><br>    Defendant. | Case No. 5:24-cv-01539-DDP-KES <br><br>**JUDGMENT** |

IT IS HEREBY ADJUDGED that, pursuant to the Order Accepting Report and Recommendation of the U.S. Magistrate Judge, Judgment is hereby entered against Plaintiff and in favor of the Commissioner.

//

//

//

---

[1] Michelle King became Acting Commissioner of Social Security on January 20, 2025. Under Federal Rule of Civil Procedure 25(d), she is automatically substituted as Defendant in this suit. The Clerk is directed to update the electronic docket accordingly.

1 | Judgment is hereby entered against Plaintiff and in favor of the
2 | Commissioner.

4 | DATED: May 20, 2025

*/s/ Dean D. Pregerson*
DEAN D. PREGERSON
UNITED STATES DISTRICT JUDGE

2